**LEE, LLC**
Peter Y. Lee, Esq. 019992000
770 River Road
PO Box 52
Edgewater, NJ 07020
(212) 808-0716
Peter.Lee@LeeAdvocates.Com E-Mail
*Attorneys for Petitioner, XIN YANG INTERNATIONAL IMPORT & EXPORT (GUANGZHOU) CO. LTD.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
**(Newark Vicinage)**

| | |
|---|---|
| XIN YANG INTERNATIONAL IMPORT & EXPORT (GUANGZHOU) CO. LTD., <br><br> Petitioner, <br><br> vs. <br><br> AZAD INTERNATIONAL INC., <br><br> Respondent. | Case 23-cv-20418 <br><br> **VERIFIED PETITION TO CONFIRM ARBITRATION AWARD** |

Petitioner, XIN YANG INTERNATIONAL IMPORT & EXPORT (GUANGZHOU) CO. LTD. ("Petitioner"), as and for its petition against Respondent, AZAD INTERNATIONAL INC. ("Respondent"), alleges as follows:

1. This Honorable Court enjoys subject matter jurisdiction under 28 U.S.C. §1332(a) because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states and/or citizens of different states and in which citizens of a foreign state are additional parties.

1

2. Petitioner is a China corporation based in the People's Republic of China with no direct or indirect presence in the United States.

3. Respondent is a New Jersey corporation based in Fairfield, New Jersey, with no direct or indirect presence in the People's Republic of China.

4. Petitioner and Respondent are bound to 3 agreements signed July 1, 2018, August 1, 2018, and October 24, 2018, providing for Petitioner's sale of certain goods and services to Respondent, and their mutual promise to arbitrate any disputes before the China International Economic and Trade Arbitration Commission (the "Commission"). The parties' 3 agreements are annexed as Exhibit A.

5. Following a dispute among the parties, Claimant made a demand for arbitration with the Commission on or about January 25, 2021. The Commission assigned case number G20210308.

6. On or about February 7, 2021, the Commission served Respondent a notice of arbitration, the arbitration rules and its list of arbitrators, along with Claimant's application for arbitration. The Commission confirmed proper delivery of the papers to Respondent.

7. On or about April 16, 2021, the Commission served on all parties a notice of the arbitration hearing date on May 17, 2021.

8.     Following hearing on May 17, 2021, the Commission entered an award, in writing, dated July 5, 2021. Petitioner has provided a copy of the award to Respondent. The arbitration award is annexed as Exhibit B.

9.     Petitioner brings this action under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 (the "Convention"), at 9 U.S.C. §207.

10.    A formal memorandum of law is not necessary in light of the simple facts of this case and the clear authority of this Court to confirm arbitration awards under the Convention, to which both the United States and the People's Republic of China are member states.

**WHEREFORE**, Petitioner respectfully moves the Court to proceed expeditiously and without a hearing under Fed. R. Civ. P. 78 and to enter an order confirming said award, directing entry of judgment and awarding any such other relief which the Court may deem equitable and just.

LEE, LLC
*Attorneys for Petitioner, Xin Yang International Import & Export (Guangzhou) Co. Ltd.*

Dated: September 15, 2023

/s/ Peter Y. Lee
By:_____
PETER Y. LEE, ESQ.

3